UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFRED LAFORD,

                              Plaintiff,

-v-

UNITED STATES,

                              Defendant.

16 Civ. 4686 (PAE)
11 Cr. 1032-7 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 8, 2019, Alfred Laford filed a motion to vacate under 28 U.S.C. § 2255. No. 11 Cr. 1032-7, Dkt. 2446. The Court directs the government to respond by November 27, 2019.

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 13, 2019
       New York, New York