

RECEIVED
NOV 19 2019
PRO SE OFFICE

11/11/19
Case No: 11-Cr-1032
16cv4686

Dear Judge Engelmayer,

I, "Alfred Laford", am respectfully submitting this request to you stating to please remove my lawyer Mr. David Patton from my case. I feel that he doesn't have his best interest in helping me with my motion. I'm having issues communicating with him. My family sends emails and on an estimate, I only get in contact with him atleast once a month, I usually call the office. On January 22nd, you said you wanted a letter updating my case of the decision of the "United States V Davis" and it's been 5 months since that. But, he didn't write you an update. I had to submit my motion on my own with someone's help. My family sent it to him to submit electronically but again no response. I know he's a good attorney but he's very busy at all times. Can you sir, please assign me a Pro Bono lawyer?

Sincerely,
Alfred Laford
574687

Marquette Branch Prison
1960 U.S. Hwy 41 South
Marquette, MI 49855

Case 1:16-cv-04686-PAE   Document 12   Filed 11/19/19   Page 2 of 3
Case 1:16-cv-04686-PAE   Document 8   Filed 01/22/19   Page 1 of 1
Case 1:16-cv-04686-PAE   Document 7   Filed 01/10/19   Page 1 of 1



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York  10007

January 10, 2019

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2019
```

Re:  *Alfred Laford v. United States*,
     16 Civ. 4686 (PAE)

Dear Judge Engelmayer:

The Government respectfully submits this letter jointly with the defendant Alfred Laford, as directed, to update the Court regarding Laford's pending *habeas* petition.  Laford seeks to continue the stay of his petition pending the decision of the United States Supreme Court in *United States v. Davis*, No. 18-431.  The Government has no objection.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By:  _____/s/_____
     Rachel Maimin
     Assistant United States Attorney
     (212) 637-2460

cc: David Patton, Esq.

1/22/19

Granted. The Court hereby stays this case pending the U.S. Supreme Court's decision in *United States v. Davis*. The parties are directed to file a letter updating the Court on the status of this case within one month after the decision issues.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Alfred Laford
541687
Marquette Branch Prison
1960 U.S. HWY. 41 South
Marquette, MI 49855

RECEIVED
NOV 19 2019
PRO SE OFFICE

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

10007-150729